**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| OWNERS INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| | ) | 7:26-cv-00209-WLS |
| v. | ) | |
| | ) | |
| BEVERLY WALKER and RYLEA | ) | |
| MADISON TAYLOR | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Plaintiff Owners Insurance Company hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 24th day of July, 2026.

**KERSHAW LAW LLC**

/s/ Jeffrey A. Kershaw
**JEFFREY A. KERSHAW**
Georgia Bar No. 159054

*Counsel for Plaintiff Owners Insurance Company*

1 Concourse Pkwy, Suite 800
Atlanta, Georgia 30328
404-458-8191 main phone
470-344-0958 direct dial
*jeff@kershaw-law.com*

SO ORDERED this 27th day of July 2026.

W. Louis Sands, Sr. Judge
United States District Court