IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| OWNERS INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | | Case No. 7:26-cv-209 (WLS) |
| | * | |
| BEVERLY WALKER AND RYLEA MADISON TAYLOR, | * | |
| Defendants. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated July 27, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 28th day of July, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk